

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00206-CR

**MICHELLE SHIRCLIFF,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2015-1821-C1

## CONCURRING OPINION

In the appropriate circumstances, the result is all that matters. In other circumstances, the result is less important than the process. Process versus result—*Bing* it. We should apply *Smith*, not reverse it. *See Smith v. State*, 10-19-00134-CR, 2021 Tex. App. LEXIS 7282 (Tex. App.—Waco Aug. 31, 2021, pet. ref'd) (not designated for publication). Appellant's brief is a merits brief. *See Cummins v. State*, 646 S.W.3d 605 (Tex. App.—Waco 2022, pet. filed).

The Court's ultimate result, as expressed in the judgment, is the correct result in

this proceeding. I concur in the Court's judgment. But only the Judgment. This is not why we are here, and that makes me sad, like the Melody that won the 1987 Oscar. I believe that the appellate geeks will understand.

TOM GRAY
Chief Justice

Concurring opinion delivered and filed September 21, 2022
Publish

